DEPENDENTS OF WILMA P. PACHECO,
Deceased, Claimants-Appellees *v.*
ORCHIDS OF HAWAII, Employer-Appellant
and PACIFIC INSURANCE COMPANY, LTD.,
Insurance Carrier-Appellant

No. 5198

DECEMBER 22, 1972

RICHARDSON, C.J., MARUMOTO, ABE,
LEVINSON, JJ., AND CIRCUIT JUDGE HAWKINS
IN PLACE OF KOBAYASHI, J., DISQUALIFIED

*Per Curiam.* The petition for rehearing filed on November 28, 1972 by appellants is hereby denied without argument.

Justices Levinson and Marumoto, who dissented from the majority opinion of the court, do not concur.

*Wilbur K. Watkins, Jr.,* for the petition.